# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:23-00277-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| VONTERRIUS DEWONE WHITE (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation [Doc. No. 36] of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Vonterrius Dewone White and adjudges him guilty of the offense charged in Count One of the Indictment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearms and ammunition referenced in the Indictment and/or seized in this matter.

MONROE, Louisiana, this 29th day of April 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE